# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LIZBETH RAMOS-CUEVAS O/B/O J.R.C, a minor child <br> *Plaintiff* <br> v. <br> CAROLYN W. COLVIN, <br> *Defendant* | Civil Action No. 1:15-CV-3091-FVS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Summary Judgment is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Van Sickle  on a motion for summary judgment.

Date:  9/13/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*
Renea Grogan